UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 5:13-123 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| LaSHAWN DEWAYNE HOPKINS, | ) | |
| | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the opinion and order entered on this date, the Court herby ORDERS and ADJUDGES as follows:

1) Defendant LaShawn DeWayne Hopkins' motion to vacate, set aside or correct his sentence (DE 449) under 28 U.S.C. § 2255 is DISMISSED.

2) this judgment is FINAL and APPEALABLE;

3) a certificate of appealability will not be issued, Hopkins having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) This matter is STRICKEN from the Court's active docket.

Dated July 25, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY