UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 5:13-123-KKC-6 |
| Plaintiff, ) | |
| v. ) | |
| ) | **OPINION AND ORDER** |
| ) | |
| LaSHAWN DEWAYNE HOPKINS, ) | |
| ) | |
| Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on defendant LaShawn Dewayne Hopkins' "supplemental motion" (DE 565) for compassionate release under 18 U.S.C. § 3582(c)(1)(A).

Prior to receiving this most recent motion by Hopkins, the Court entered an opinion and order denying Hopkins' motion for compassionate release (DE 565, Opinion.) Accordingly, the Court will construe Hopkins' current motion as a motion for reconsideration of that opinion and order. The Court finds no reason, however, to alter its prior opinion. Hopkins' motion to reconsider focuses only on the Court's finding that no extraordinary and compelling circumstances exist that warrant his release from prison. He discusses the health risks posed by COVID-19. As the Court noted in its prior opinion, however, a vaccine for COVID is now available that significantly reduces the risk of death or hospitalization from the disease. The government has produced evidence that the BOP offered Hopkins the COVID vaccine, but he refused it. There is no evidence that he has been advised that any medical condition would prevent him from taking the vaccine.

Moreover, as the Court explained in its prior opinion, even assuming extraordinary and compelling circumstances existed here, the Court must still consider the factors set forth in 18

U.S.C. § 3553(a) to the extent that they are applicable. The Court has done so and, for the reasons previously stated, does not find it appropriate to order Hopkins' release at this time.

Accordingly, the Court hereby ORDERS that Hopkins' motion to reconsider (DE 565) is DENIED.

This 5th day of April, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY